UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| USCB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-0718 |
| ) | Judge Haynes/Bryant |
| MEDIFAX-EDI, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 6).

An initial case management conference is set for **Monday, September 26, 2011, at 11:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 26, 2011.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge